UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | |
| VERSUS | CRIMINAL ACTION |
| KEITH PARKER | NUMBER 05-89-RET-DLD |

<u>ORDER</u>

This matter is before the court on the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 filed by petitioner Keith Parker.

IT IS ORDERED that within 45 days from the date of this order, the United States shall file a response to the petitioner's § 2255 motion. Respondent shall also file a memorandum brief of law in support of the response, citing relevant statutory and case law.

FAILURE TO RESPOND WITHIN THE TIME ALLOWED MAY RESULT IN AN ORDER GRANTING THE RELIEF SOUGHT OR GRANTING AN EVIDENTIARY HEARING.

Signed in Baton Rouge, Louisiana, on June 14, 2010.

**MAGISTRATE JUDGE DOCIA L. DALBY**